IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JABREEL ALI,

    Petitioner,

v.                                        CASE NO. 4:10cv6-SPM/GRJ

WALTER MCNEIL,

    Respondent.
_____/

## **ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated January 20, 2011. Doc. 16. Petitioner has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1). Doc. 17. Despite the objections, I have determined that the report and recommendation is correct and should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1. The magistrate judge's report and recommendation (doc. 16) is ADOPTED and incorporated by reference in this order.

2. The motion to dismiss (doc. 13) is granted. The 2254 petition is dismissed as time barred.

3. No certificate of appealability will be issued because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

DONE AND ORDERED this 15th day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge